Mark I. Wraight (State Bar Number 228303)
mark.wraight@stinson.com
Joseph W. Guzzetta (State Bar Number 233560)
joe.guzzetta@stinson.com
STINSON LLP
595 Market Street
Suite 2600
San Francisco, California 94105
Telephone: 415.398.3344
Facsimile: 415.956.0439

Attorneys for Defendant
YOTI USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

KUMI AKIYOSHI

Plaintiff,

v.

HIRERIGHT, LLC; GENERAL INFORMATION SOLUTIONS, LLC; YOTI USA, INC.; GOVERNMENT EMPLOYEES INSURANCE COMPANY, doing business as GEICO; and DOES 1–10

Defendant.

Case No. 3:26-cv-10712-SK

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Action Filed: September 18, 2026

WHEREAS, Plaintiff initiated this lawsuit in the Superior Court of the State of California for the County of San Francisco on or about July 28, 2026.

WHEREAS, defendant HireRight, LLC removed this action to this Court on or about September 18, 2026.

WHEREAS, the parties agree, pursuant to Northern District Civil Local Rule 6-1(a) and their prior stipulation, that the answer or other response to the Complaint of defendant Yoti USA, Inc ("Yoti") shall be due on October 12, 2026.

WHEREAS, the stipulated extension will not alter the date of any event or deadline already fixed by Court order.

The Parties therefore **STIPULATE AND AGREE** as follows:

Pursuant to Northern District Civil Local Rule 6-1(a) and their prior stipulation, the answer or other response to the Complaint of defendant Yoti USA, Inc ("Yoti") shall be due on October 12, 2026.

**IT IS SO STIPULATED.**

Dated: September 30, 2026

STINSON LLP

By: /s/ Joseph W. Guzzetta
JOSEPH W. GUZZETTA

Attorneys for Defendant
YOTI USA, INC.

Dated: September 30, 2026

DHF LAW, PC

By: /s/ Devin Folk (per email authorization)
DEVIN FOLK

Attorneys for Plaintiff
KUMI AKIYOSHI

**SIGNATURE ATTESTATION**

I hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that each signatory to this document has concurred in the filing of the document.

Dated: September 30, 2026

STINSON LLP

By: /s/ Joseph W. Guzzetta
JOSEPH W. GUZZETTA

Attorneys for Defendant
YOTI USA, INC.